UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-cv-06510 ADS                                        Date: December 17, 2024

Title: _Vaneartra Michelle Flynn v. Martin O'Malley_

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 1, 2024, Plaintiff Vaneartra Michelle Flynn filed a social security complaint pursuant to 42 U.S.C. § 405(g). (Dkt. No. 1.) On August 20, 2024, the Court issued the Standing Order for this case, which states that "[t]he Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) shall govern this action." (Dkt. No. 7 at 1.) Rule 6 of the Supplemental Rules states that "[t]he plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later." On October 1, 2024, Defendant Martin O'Malley filed the Answer. (Dkt. No. 11.) Plaintiff sought two extensions of time, which the Court granting, making Plaintiff's brief due on December 16, 2024. (Dkt. Nos. 12–15.) As of the date of this Order, Plaintiff has not filed a brief for the requested relief or otherwise communicated with the Court.

If Plaintiff wishes to proceed with this lawsuit, she must either: (1) file and serve a brief as required by Rule 6; or (2) show cause why she is unable to do so by no later than **December 20, 2024**.

**Plaintiff is expressly warned that her failure to timely respond to this Order as directed above will result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Initials of Clerk kh